# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999

---

> Application granted. The hearing previously scheduled for 1/19/2023 at 10:00 a.m. is adjourned to 2:00 p.m. on the same date.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 12, 2023

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>U.S. v. Marcus Cardona</u>
22 Cr. 641(PMH)

Dear Judge Halpern:

By order dated December 29, 2022, Your Honor scheduled a *Curcio* hearing for Mr. Cardona for January 19, 2023 at 11 a.m. Unfortunately, I am unavailable at that time because I have a sentencing scheduled before Judge Abrams in the Foley Square courthouse at 9 a.m. that morning. Accordingly, it is respectfully requested that the Court reschedule the hearing for the early afternoon of January 19, a time when both Government counsel and I are available, or to some other date and time that is convenient to the Court and the parties.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: AUSA Jennifer N. Ong (by email and ECF)
AUSA Ryan W. Allison (by email and ECF)

Honorable Cathy Seibel
May 19, 2020
Page 2